UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CECIL W. MORRISON,

        Plaintiff,                        Case No. 1:04cv454

v.                                      Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL SECURITY,

        Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 10, 2005. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 10, 2005, is **APPROVED AND ADOPTED** as the opinion of the court.

      **IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED AND REMANDED**. On remand, the Administrative Law Judge shall re-evaluate plaintiff's disability onset date of August 21, 2001, and his ability to perform medium work prior to that date.

                                               /s/Gordon J. Quist
                                              Hon. Gordon J. Quist
                                              U.S. District Judge

Dated: July 6, 2005