UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CECIL W. MORRISON,

        Plaintiff,                                      Case No. 1:04-CV-454

v.                                                        Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on March 7, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (docket no. 30), is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorney's fees (docket no. 25) is **GRANTED IN PART** and Defendant is directed to pay plaintiff's counsel attorney fees in the amount of $3,268.75.

Dated:  March 26, 2008                                               /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE